IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARYL STRENKE,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                  09-cv-473-bbc

JOHN H. FEINER and
ROBERT ALAN GLICKMAN,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice as to John H. Feiner and with prejudice as to Robert Alan Glickman.

_____      _6/21/12_____
Peter Oppeneer, Clerk of Court                           Date